UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY ANAMASI

v.

LANCE COUGHLIN, et al.

Civ. Action No.
3:00 CV 1026 (SRU)

FILED
2003 DEC -4 P 5:07

## ORDER

This case will proceed as follows:

1. Jury Selection shall take place on **March 11, 2004**.

2. Trial shall commence **March 30, 2004.**

3. The pre-trial conference shall take place on **March 25, 2004 at 3:00 p.m.**.

This schedule will not be modified by agreement of counsel, but only upon a superseding order of the court. Any requests for extensions of time will be made by written motion to the court.

It is so ordered.

Dated at Bridgeport this 4th day of December 2003.

Stefan R. Underhill
United States District Judge