UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY ANAMASI,<br>    Plaintiff | :<br>:<br>: |
| | : NO. 300 CV01026 (SRU) |
| VS. | :<br>: |
| LANCE COUGHLIN and the<br>TOWN OF EAST HAVEN,<br>    Defendants | :<br>: MARCH 3, 2004 |

**CONSENT MOTION FOR ADJOURNMENT OF TRIAL**

The plaintiff respectfully moves that the trial of this matter be adjourned. In support of this motion, he represents as follows:

    1.  The defendants have no objection to this motion.

    2.  The trial of this case previously has been adjourned at the request of the defense but has not previously been adjourned at the request of the plaintiff.

    3.  Jury selection in this matter has been scheduled to take place on March 11 with evidence to begin on March 30.

    4.  The plaintiff must be out of state during the period of March 28 to April 4 to attend a graduation.

    5.  An important witness in this matter also will be attending this same

1

graduation and thus unavailable during the same period of time.

          THE PLAINTIFF
          ANTHONY ANAMASI


     BY  _____
        JOHN R. WILLIAMS
        51 Elm Street, Suite 409
        New Haven, CT 06510
        Telephone: (203) 562-9931
        Fed Bar No. ct00215
        His Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Hugh Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
New Haven, CT 06510

_____
JOHN R. WILLIAMS