HONORABLE **Stefan Underhill** (Consent January 18, 2002)
DEPUTY CLERK **Montz**
RPTR/ERO/TAPE **Cetrulo**

TOTAL TIME: **1** hours **10** minutes

DATE **3-11-04**   START TIME **12:20**   END TIME **1:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00cv1026 (SRU)**

**Anamasi** vs. **Coughlin**

Plaintiffs Counsel: **John Williams**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Hugh Keefe**

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☑ ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ _#_ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ _#_ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ _#_ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ _#_ Motion _____  ☐ granted ☐ denied ☐ advisement

☑ **Plaintiff's oral Motion to Strike Jury - Denied**  ☐ filed ☐ docketed

☐ _____  ☐ filed ☐ docketed

☐ _____  ☐ filed ☐ docketed

☐ _____  ☐ filed ☐ docketed

☑ **34** # jurors present

☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ Voir Dire by Court

☑ Peremptory challenges exercised (See attached)

☑ Jury of **9** drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☑ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☐ Joint trial memorandum due _____

☑ Trial continued until **4-12-04** at **9:00 A.M.**

☑ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Anamasi
v.
Coughlin

CASE NO. 3:00cv1026(SRU)

## CIVIL CHALLENGES

1. 56 - Koenig
2. 48 - Shapiro
3. 47 - Levine
4. 31 - Kriz

1. 39 - Jenkins
2. 51 - Pettit
3. 54 - Lederman
4. 30 - Marin

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)

(CD.12-Rev 9 92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Anamasi
v.
Coughlin

CASE NO. 3:00CV1026(SRU)

<u>CIVIL JURY PANEL AS DRAWN</u>

33  1. Miriam Jones
36  2. Diane Sanford
38  3. Rafel Sgammato
42  4. Earl Cayne
43  5. Stephanie Meyers
44  6. Douglas Sahwantz
45  7. Nancy Bongiovanni
49  8. Stacey Cambriello
51  9. Dominick Peter

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV935(SRU)**  
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**  
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100113362 | 02-0117 | VINCENT, JASON L — MONROE — ATTORNEY - N.Y. April - impossible Aviation | PD |
| (2) | 100100977 | 02-0084 | SCOFIELD, TREVOR R — STRATFORD — Side Bar — New Job - issue with dates Suppose to close y-1 — Terminated from job. | ~~J~~ CP |
| (3) | 100112065 | 02-0026 | ATKINSON JR, GEORGE A — WEST REDDING — TELECOMMUNICATIONS — IBM — prefers April | ~~J~~ CP |
| (4) | 100083523 | 02-0109 | THEDER, LAUREN J — GREENWICH — PERMANENT SUBSTITUTE TEACHER (missing school today) not available | NU CP |
| 5 | 100096199 | 02-0015 | VENTRES, WENDY J — RIDGEFIELD — SALES/CUSTOMER SERVICE REP — O.K. | PD |
| (6) | 100098224 | 02-0083 | PAVIA, MICHAEL THOMAS — STRATFORD — ADMINISTRATOR — Montreal Thurs. Fri. Sat. Japan - April | ~~J~~ CP (A) |
| 7 | 100111580 | 02-0027 | GIORDANO, PHILIP R — RIVERSIDE — TAX ATTORNEY — Checked for Judge | PP |
| 8 | 100100707 | 02-0130 | GABOARDI, MICHAEL A    O.K. — BETHEL — ELECTRONICS TECHNICIAN | PP |
| (9) | 100119106 | 02-0074 | JODKA, JONATHAN D — NEW CANAAN — PRES./OWNER, INVESTMENT MANAGEMENT FIRM — 18 mos · 12 employees — out of town next week — Hired Fired — Opposed EEOC 2 wks ago — Morgan Stanley — Biased | ~~J~~ CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV935(SRU)**  
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**  
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (10) | 100119860 | 02-0043 | MAIN, JEREMY — RETIRED — RIDGEFIELD — *writer/editor Time Life, trip FL next week, closing 4.18, over 70* | ~~S~~ CP |
| (11) | 100082041 | 02-0065 | GRESS, RANDOLPH E — BUSINESS MGR--VICE PRESIDENT/GM — SHELTON | NU |
| 12 | 100092068 | 02-0014 | COOPER, MICHAEL A — BENCH JEWELER — TRUMBULL — *O.K.* | PP |
| 13 | 100106630 | 02-0003 | KLEIN, STACEY J — SALES/MARKETING — GREENWICH — *Tervmm, Financial Hardship, Age-Nationality, Suit* | ~~JZ~~ CP |
| 14 | 100102223 | 02-0142 | KAMINSKI, KATHLEEN A — RETIRED BANKER — DANBURY — *Hired Fired, Hus State of CT, Surgery - April* | PP |
| 15 | 100098552 | 02-0120 | BERNBERG, JODY R — ASSISTANT DIRECTOR — BRIDGEPORT — *Hired Fired, Tutor time, O.K.* | J- ① ~~JZ~~ 8 1 |
| (16) | 100086048 | 02-0032 | ENSCOE, ROSE MARIE — DANBURY — *April OK, prob. next week* | ~~JZ~~ CP |
| ~~(17)~~ | 100123132 | 02-0048 | CAGGIANIELLO, NICHOLAS F — FLIGHT FOLLOWER — STRATFORD — *~~Class Action Suit~~ wage related overtime, Next week hard, April OK* | CP |
| 18 | 100082898 | 02-0127 | LIPNICKAS, JOHN F — DESIGNER — SHELTON — *March OK, April No* | J-2 ② ② |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: 3/11/04
Time: 8:59 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100101071 | 02-0148 | **LINDEN, CLAUDIA M** — BRIDGEPORT — UNEMPLOYED *Teacher · Day Care Started 2.2 panners 22, 23, 24* | PD |
| 20 | 100107982 | 02-0128 | **ROGERS, SUSAN M** — FAIRFIELD — FINANCIAL ANALYST *Physical 22nd would work at night* | J-3 ~~&~~ |
| 21 | 100123418 | 02-0062 | **DIMARZIO JR., PAUL T** — BETHEL — COMPUTER SOFTWARE STRATEGIST *IBM.* OK | J-4 ~~&~~ |
| 22 | 100119396 | 02-0061 | **SAMAHA, RUTHANN** — BROOKFIELD — PARALEGAL OK | J-5 ~~&~~ |
| (23) | 100090544 | 02-0147 | **BUDNER, CINDY** — BETHEL — MEDICAL RECEPTIONIST *Health Issues - Spinal Fusions migranes.* | CP |
| 24 | 100094374 | 02-0136 | **BASKIN, JOSEPH L** — NORWALK — MASTER PRODUCTION SCHEDULER O.K. | J-6 ~~&~~ |
| 25 | 100111571 | 02-0150 | **LENICH, FRANCES A** — WILTON — HOMEMAKER *Daughter · crim Atty* OK. | PD |
| (26) | 100095400 | 02-0110 | **MORGANTI, EUGENE J** — STAMFORD — SR. INFORMTION SECURITY OFFICER *next week not good April · OK.* | CP |
| ~~xxx~~ 27 | 100104029 | 02-0096 | **DITURI, ANNA M** — TRUMBULL — X-RAY TECH & OFFICER MANAGER *ER old Boyfriend Sgt. P.O.* O.K. unfair | J-7 |

~~xxxx~~

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100087087 | 02-0088 | LYNCH, PATRICK H  BETHEL  SOFTWARE DEVELOPMENT | O.K. | J-8 |

3:00CV 1026 Anamasi v. Coughlin

| | | | | | |
|---|---|---|---|---|---|
| (29) | 100087576 | 02-0024 | KWON, YONGCHAE  FAIRFIELD  PHARMACIST - CVS  next week  motion iw/the App't.  Close to Due Date | | CP |
| 30 | 100084334 | 02-0022 | MARIN, CARLOS R  NORWALK  CHEMICAL TECHNICIAN | O.K. | PD |
| 31 | 100100391 | 02-0138 | KRIZ, EDWARD M  STRATFORD  BRAKE OPERATOR, SHEET METAL  wife injured. sued  Trial 8yrs    not good feeling  unsure | Dates O.K. | PP |
| (32) | 100117428 | 02-0132 | OSULLIVAN, TIMOTHY J  STRATFORD  INSURANCE AGENT -  Uncle Retired Judge  Dates. Hard. Just employed | | CP |
| 33 | 100111997 | 02-0020 | JONES, MIRIAM A  OLD GREENWICH  ?  RETIRED  Going through Divorce  was underwriter for  Ins. Co.    March  4 Dr. visits | April OK  Acc. Rehab | J-1 |
| (34) | 100118149 | 02-0060 | CLARKE, SANDRA D  STAMFORD  ADMIN. ASSISTANT  Saw arrest  unhappy  will put aside | O.K. | CP |
| (35) | 100081561 | 02-0066 | LONGMUIR, ANNETTE R  NORWALK  SALES ASSISTANT •  Sued Dog Bite  Not much  18,920  Take could call | April OK | CP |
| 36 | 100098954 | 02-0055 | SANFORD, DIANE A  FAIRFIELD  Hired Fired  TAX DIRECTOR  Terminated 4.30 | trouble w/ Dates | J-2 |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (37) | 100081151 | 02-0035 | ANDREJCZYK, JOSHUA S<br>EXECUTIVE LAWN<br>MONROE<br>*Started 27 Days ago — Financial Hardship* | *Dates OK* | CP |
| 38 | 100098146 | 02-0064 | SCAMMATO, RAFEL A<br>RETAIL<br>SANDY HOOK | *March Better*<br>*April Medical Appoint.* | J-3 |
| 39 | 100099416 | 02-0053 | JENKINS, TORIN<br>PRINT SHOP<br>STAMFORD<br>*Arrested 3x* | O.K. | PD |
| (40) | 100112014 | 02-0070 | NAPAUL, MARIE G<br>ELECTRONIC ASSEMBLER<br>BRIDGEPORT<br>*Husband lawsuit — Fell on snow* | O.K.<br>*Son arrest F40* | CP |
| (41) | 100084946 | 02-0095 | MCKENZIE, BEVERNER E<br>CERTIFIED NURSE'S AIDE<br>BRIDGEPORT<br>*Works Double Shift*<br>*3/23 — Job advertisement*<br>*April Allergy season* | *Prej.*<br>*nephew pushed into police car* | CP |
| RH2 42 | 100081356 | 02-0050 | COYNE, EARL<br>GREENWICH<br>*Nervous. doesn't know terminology* | OK<br>Dates | J-4 |
| 43 | 100089477 | 02-0137 | MEYERS, STEPHANIE M<br>PHYSICAL THERAPY<br>NEW CANAAN<br>*Hired Fired*<br>*Children 7, 4 — out of school next week* | *April OK* | J-5 |
| 44 | 100101657 | 02-0091 | SCHWARTZ, DOUGLAS I<br>BUSINESS ANALYST<br>NORWALK<br>*moving next week Monday* | *April O.K.* | J-6 |
| 45 | 100104815 | 02-0031 | BONGIOVANNI, NANCY A<br>MEDICAL SECRETARY<br>TRUMBULL<br>*Bonjovani* | O.K. | J-7 |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV935(SRU)**  
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**  
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (46) | 100110433 | 02-0129 | GOTTSCHALK, DEBORAH J — STRATFORD — ATTORNEY — Hus. FBI — B.in.law DEA — Boss-Dental Surgery. SideBar — Hared Fired | CP |
| 47 | 100104280 | 02-0131 | LEVINE, LORI A — BETHEL — Hodge Ins. — wrongful term suit. — pickup child. — next weekend — Awd Fines. — April OK | PP |
| 48 | 100130042 | 02-0146 | SHAPIRO, JONATHAN M — GREENWICH — 0436664 Attorney — March — Bar Exam — Worked at Greenwich P.P. — April ? ok | PP |
| 49 | 100095756 | 02-0139 | CIAMBRIELLO, STACEY — BRIDGEPORT — RECORD ADMINISTRATOR ANALYST — Oxford Health. — Brother Bpt. Police! — O.K. | J-8 |
| (50) | 100106338 | 02-0101 | KINGSTON, FREDERICK J — WILTON — RETIRED - US Postal — Back Problem — Physical Therapy — April might be okay — suppose he could be for | CP |
| 51 | 100104771 | 02-0144 | PETTIT, JOHN P — NEW FAIRFIELD — COST ESTIMATOR — Assaulted by P.O. — Arrested by P.O. F+O — O.K. | PD |
| (52) | 100104083 | 02-0102 | BORGES, VICTOR J — DANBURY — MACHINE TECH. — SideBar — Physical Therapy — March — April. Daughter Fair — Can't Concentrate D.V. — OK for April | CP |
| (53) | 100091077 | 02-0023 | THOMAS, JOSEPH — BRIDGEPORT — POLICE-FIRE-EMS DISPATCHER | NU |
| 54 | 100115312 | 02-0145 | LEDERMAN, ARTHUR L — WILTON — BOND SALESMAN — JP Morgan — Phil. weaken prefers — Cab driver -Black Couple — assaulted by Police — ok April — F+O — never left memory vicious | PD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**
Time: **8:59 AM**

*Favors Police*

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (55) | 100085039 | 02-0039 | SANTA-MARIA, STEVEN A / BANKING — WESTON — *Hired/Fired* — Hawaii April | Prej. | CP |
| 56 | 100087431 | 02-0094 | KOENIG, PATRICIA A — NEW FAIRFIELD — His P.O. Brother Ass't Pros. N.H. Daughter Dr. Appt. Brother Bill Nardini | April OK | PP |
| 57 | 100083517 | 02-0118 | PETER, DOMINICK A / DRIVER UPS · Nightshift — NORWALK | O.K. | J-9 |
| 58 | 100117015 | 02-0085 | KELLY, EDWARD F / INSURANCE — WESTPORT — Grand Jury · N.Y. 2 Brothers Fed Agents | O.K. | |
| 59 | 100089461 | 02-0100 | BECK, MITCHELL L — WESTON — Computer Programmer | O.K. | |
| 60 | 100089278 | 02-0025 | SIGNORE, ANGELINA B / COORDINATOR MEMBER SERVICES — WILTON | O.K. | |
| 61 | 100121348 | 02-0018 | ROJO, EDWARD / SALES CONSULTANT — SANDY HOOK — Rojo — Vacation April 16 — was FBI Agent | OK for march | |
| 62 | 100109238 | 02-0044 | ESAW, MATTHEW B / INVENTORY AUDITOR — STRATFORD — Terminated. Temp position? | | |
| 63 | 100084283 | 02-0063 | PETERSON, JEFFREY R / COMMERCIAL REAL ESTATE, SELF-EMPLOYED — WESTPORT — DWI N.Y. Police Re-- | April - Not good? | |

HHT

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.