*STATUS CONFERENCE HELD*
*DATE: 3/9/04*
*(15 min.)*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

March 9, 2004

12:30 p.m.

CASE NO. **3:00CV1026**   **Anamasi v Coughlin**

Nicole M. Fournier
Sonia M. Jones
Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Dan F. LaBelle
Halloran & Sage
315 Post Rd. West
Westport, CT 06880


John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK