69

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY ANAMASI,
Plaintiff                                          :

                                                   :     NO. 300 CV01026 (SRU)
VS.                                                :

                                                   :
LANCE COUGHLIN and the
TOWN OF EAST HAVEN,                                :     MARCH 3, 2004
Defendants

US DISTRICT COURT
BRIDGEPORT
2004 MAR -5  P 12: 53

FILED

## CONSENT MOTION FOR ADJOURNMENT OF TRIAL

The plaintiff respectfully moves that the trial of this matter be adjourned. In support of this motion, he represents as follows:

1. The defendants have no objection to this motion.

2. The trial of this case previously has been adjourned at the request of the defense but has not previously been adjourned at the request of the plaintiff.

3. Jury selection in this matter has been scheduled to take place on March 11 with evidence to begin on March 30.

4. The plaintiff must be out of state during the period of March 28 to April 4 to attend a graduation.

5. An important witness in this matter also will be attending this same

FILED
2004 MAR 12  P 2: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

GRANTED. Trial is rescheduled for April 12, 2004 at 9:00 a.m.

Stefan R. Underhill
United States District Judge
03/12/04

1