```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

              Pretrial Conference Calendar

          Stefan R. Underhill, U. S. D. J.
                915 Lafayette Boulevard
                      Bridgeport
                       Room 410

                    March 25, 2004

                      3:00 p.m.
```

CASE NO. **3:00cv1026    Anamasi v Coughlin**
Nicole M. Fournier
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Sonia M. Jones
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506


Dan E. LaBelle
Halloran & Sage
315 Post Rd. West
Westport, CT 06880


Norman Pattis
John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK