UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY ANAMASI, | : | CIVIL ACTION NO. |
| | : | 3:00CV01026(SRU) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| LANCE COUGHLIN, | : | |
| | : | |
| Defendant. | : | April 6, 2004 |

**<u>APPEARANCE</u>**

Please enter the appearance of the undersigned attorney, Richard P. Colbert, on behalf of Connecticut Bar Examining Committee, in the above-captioned matter.

By _____
Richard P. Colbert ct 08721
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Telephone No. (203) 977-7300
Facsimile No.  (203) 977-7301
rpcolbert@dbh.com
Its Attorneys

## **CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 6, 2004, via facsimile and first-class mail, postage prepaid, to:

Norman A. Pattis, Esq.
51 Elm Street
Suite 409
New Haven, CT 06510

Dawne Westbrook, Esq.
51 Elm Street
Suite 409
New Haven, CT 06510

Hugh F. Keefe, Esq.
Lynch Traub Keefe & Errante PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Nicole M. Fournier, Esq.
Lynch Traub Keefe & Errante PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

                _____
                Richard P. Colbert