UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ANTHONY ANAMASI, | : : | CIVIL ACTION NO. 3:00CV01026(SRU) |
| Plaintiff, | : |  |
| vs. | : |  |
|  | : |  |
| LANCE COUGHLIN, | : |  |
|  | : | April 6, 2004 |
| Defendant. | : |  |

## MOTION TO QUASH SUBPOENA DUCES TECUM

Pursuant to Rule 45 (c)(2) and (3) of the Federal Rules of Civil Procedure, third-party witness Connecticut Bar Examining Committee ("CBEC") hereby moves to quash the subpoena duces tecum served upon it by plaintiff, Anthony Anamasi ("Plaintiff"). The reasons and basis for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, CBEC respectfully requests that the subpoena duces tecum be quashed.

**ORAL ARGUMENT REQUESTED.**

71225510_1.DOC 099998-00010
April 6, 2004 9:59 AM

                                                 CONNECTICUT BAR EXAMINING
                                                 COMMITTEE

                                       By_____
                                            Richard P. Colbert (ct08721)
                                            Day, Berry & Howard LLP
                                            One Canterbury Green
                                            Stamford, CT  06901
                                            Telephone: (203) 977-7300
                                            Facsimile: (203) 977-7301
                                            Email: rpcolbert@dbh.com

**CERTIFICATION**

  THIS IS TO CERTIFY that a copy of the foregoing was mailed on April 6, 2004, via facsimile and first-class mail, postage prepaid, to:

Norman A. Pattis, Esq.
51 Elm Street
Suite 409
New Haven, CT 06510

Dawne Westbrook, Esq.
51 Elm Street
Suite 409
New Haven, CT 06510

Hugh F. Keefe, Esq.
Lynch Traub Keefe & Errante PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Nicole M. Fournier, Esq.
Lynch Traub Keefe & Errante PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

                _____
                Richard P. Colbert