# EXHIBIT B

Issued by the

# UNITED STATES DISTRICT COURT

——————— DISTRICT OF ———————

Anthony Anamasi

V.

Lance Coughlin and the
Town of East Haven

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: 300CV01026(SRU)

TO: Custodian of Records
Connecticut State Bar Examining Committee
80 Washington Street
Hartford, CT 06106

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Williams and Pattis, LLC, 51 Elm Street, Suite 409, New Haven, CT 06510 | May 21, 2003 11:30 p.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): a copy of the application for admittance to the Connecticut bar and any supporting documents submitted in support of the application, a copy of any investigation or findings done in connection with the application for admittance to the bar

| PLACE | DATE AND TIME |
|---|---|
| Williams and Pattis, LLC, 51 Elm Street, Suite 409, New Haven, CT 06510 | May 21, 2003 11:30 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Dawne West*   Attorney for Plaintiff | May 12, 2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Dawne Westbrok, Williams and Pattis, LLC, 51 Elm Street, Suite 409, New Haven, CT  06510
(203) 562-9931

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.