# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY ANAMASI : | CIVIL ACTION<br>NO. 3:00CV01026(SRU) |
| V. : | |
| LANCE COUGHLIN and<br>TOWN OF EAST HAVEN : | JUNE 10, 2003 |

## AFFIDAVIT IN OPPOSITION TO MOTION FOR IN CAMERA REVIEW

R. David Stamm, being duly sworn, deposes and states as follows:

1. I am the Director of the Connecticut Bar Examining Committee. I am over the age of 18 years and appreciate the significance of an oath.

2. This affidavit is submitted in opposition to plaintiff Anthony Anamisi's Motion for In Camera Review dated May 22, 2003. The Motion requests the Court to conduct an in camera review of documents in the possession of the Connecticut Bar Examining Committee relating to defendant Lance Coughlin's application for admission to the Connecticut Bar.

3. The Connecticut Bar Examining Committee is a Committee of the Connecticut Superior Court. The Bar Examining Committee has the duty to provide for the examination of candidates for admission to the bar, to determine whether such candidates are qualified as to pre-law education, legal education, morals and fitness, and to recommend qualified candidates to the Court for admission.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

4. In discharging its duty to determine whether bar applicants are qualified as to pre-law education, legal education, morals and fitness, the Bar Examining Committee routinely solicits pertinent background information from the applicants themselves and from third party sources. Applicants for admission to practice as an attorney are required to complete a standard application form and are also required to execute a Release of Information form. The Release of Information form allows the Bar Examining Committee to obtain a wide variety of information from third party sources. Information gathered by the Committee includes information regarding a candidate's personal background, educational experience, military service, credit history, employment history and medical and mental health history (to the extent that the latter information relates to the ability of the applicant to function as an attorney).

5. The records of the Bar Examining Committee are confidential under Rule 2-50 of the Rules of the Superior Court. In addition, the Release of Information form and the forms used to solicit information from third parties provide an assurance of confidentiality to the applicants and to the third party sources of information. A copy of the Bar Application/Release of Information form utilized for the July 1997 bar application is attached to this affidavit as Exhibit 1. A copy of the form employer reference letter utilized for the July 1997 bar examination is annexed to this affidavit as Exhibit 2. The policy of confidentiality stated in Rule 2-50 and the Committee practice of assuring confidentiality to applicants and to third party sources of information facilitates the work of the Committee by

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

encouraging candor in the application process.

6.  I have reviewed the records of the Bar Examining Committee to determine the relevant chronology of Lance Coughlin's application for admission to the bar. Mr. Coughlin was a July 1997 applicant. He sat for and passed the bar examination administered in July 1997. Subsequently, in November 1997, Mr. Coughlin was admitted as a Connecticut attorney. As a July 1997 applicant, Mr. Coughlin's bar application would have been submitted no later than May 31, 1997 (the cut off date for the July 1997 examination).

7.  For the reasons stated in this affidavit and in the accompanying Memorandum of Law, the Bar Examining Committee requests that the plaintiff's Motion For In Camera Review be denied.

_____
R. David Stamm

SUBSCRIBED AND SWORN to before me this 10th day of June, 2003

_____
Notary Public/Commissioner of the Superior Court

433373.1(HSFP)

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195