UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY ANAMASI | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:00cv1026 (SRU) |
| LANCE COUGHLIN | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

<u>X</u>    A ruling on the following motions which are currently pending:  (orefm.)

**Doc. #76 - Motion to Quash Subpoena Duces Tecum**

\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_    A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_    Other: (orefmisc./misc) _____

SO ORDERED this <u>7th</u> day of April 2004, at Bridgeport, Connecticut.

                                                           /s/ Stefan R. Underhill
                                                           Stefan R. Underhill
                                                           United States District Judge