UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------x
ANAMASI                                          :
                                                 :
          Plaintiff,                             :    3:00CV01026 (SRU)
v.                                               :
                                                 :
COUGHLIN, ET AL.                                 :
          Defendant                              :
-------------------------------------------------------------x
```

**RULINGS RE: CONNECTICUT BAR EXAMINATION COMMITTEE DOCUMENTS**

    Having reviewed the Connecticut Bar Examining Committee's Motion to Quash, dated April 6, 2004 (Doc. #76) and related papers, the Court finds that there is an insufficient basis to order in camera review of the documents at issue and that the Motion to Quash (Doc. #76) should be GRANTED. The Court concurs with the arguments of the defendants and the CBEC, namely that the timing of the officer's bar application renders it largely irrelevant and that, in any event, the reason advanced by the plaintiff for production are insufficient under established Connecticut law for the disclosure of the confidential information at issue. Moreover, diligent efforts at discovery would have resulted in this matter being addressed within the period allowed for discovery.

    So ordered, on April 7, 2004, at Bridgeport.

                                                    */S/ William I. Garfinkel*

                                                  William I. Garfinkel, U.S.M.J