**DISTRICT OF CONNECTICUT** United States District Court
District of Connecticut
FILED AT       BRIDGEPORT

Anamasi
v.
Coughlin, et al

**APPEARANCE** April 12, 2004
Kevin F. Rowe, Clerk
By A. Montz
Deputy Clerk

CASE NUMBER: 3:00CV1026(SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Anthony Anamasi

May 12, 2004
**Date**

_Chris H. Doyle_
**Signature**

Christy H. Doyle
**Print Clearly or Type Name**

**Connecticut Federal Bar Number**

203-562-9931
**Telephone Number**

51 Elm Street, Suite 409
**Address**

New Haven, CT 06511

**Fax Number**

**E-mail address**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24