CT/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours 35 minutes    DEPUTY CLERK B. Sbalbi    HONORABLE S. R. Underhill    RPTR/ERO/TAPE S. Catucci

DATE 4/12/04    START TIME 9:10    END TIME 3:45
LUNCH RECESS FROM 12:30 TO 1:30
RECESS FROM 9:20 TO 9:30    (if more than 1/2 hour)
9:35    9:55
11:20    11:40

Anamasi

vs.

Coughlin, et al

CIVIL NO. 3:00CV1026

Christy Doyle
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
Hugh Keefe
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of 9 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until 4/13/04 at 9:00
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
....# Motion _____ ☐ granted ☐ denied ☐ advisement
....# Motion _____ ☐ granted ☐ denied ☐ advisement
....# Motion _____ ☐ granted ☐ denied ☐ advisement
....# Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

# Jury List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV1026 (SI**

Date: **3/11/04**  
Time: **3:50 PM**

Date: 4/12/04

| Seat# | Part No. | Name | Type | Signature |
|---|---|---|---|---|
| 1 | 100104815 | BONGIOVANNI,NANCY A | Juror | Nancy Bongiovanni |
| 2 | 100095756 | CIAMBRIELLO,STACEY | Juror | Stacey Ciambriello |
| 3 | 100081356 | COYNE,EARL | Juror | Earl Coyne |
| 4 | 100111997 | JONES,MIRIAM A | Juror | Miriam Jones |
| 5 | 100089477 | MEYERS,STEPHANIE M | Juror | Stephanie Meyers |
| 6 | 100083517 | PETER,DOMINICK A | Juror | [signature] |
| 7 | 100098954 | SANFORD,DIANE A | Juror | [signature] |
| 8 | 100101657 | SCHWARTZ,DOUGLAS I | Juror | Douglas Schwartz |
| 9 | 100098146 | SGAMMATO,RAFEL A | Juror | [signature] |