CT/cvtrial (October 17, 2001)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **M Motz**    RPTR/ERO/TAPE **Carucci**

TOTAL TIME: **5** hours **40** minutes

DATE **4.13.04**    START TIME **9:15**    END TIME **4:15**
LUNCH RECESS FROM **12:10** TO **1:30**
RECESS FROM **12:10** TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00cv 1026 (SRU)**

**Anamasi**
vs.
**Caughlin, et al**

§
§
§
§
§

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Christy Doyle**
Plaintiff's Counsel

**Hugh Keefe**
**Nicole Fournier**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ Jury of **9** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

... # Motion _____ ☐ granted ☐ denied ☐ advisement
... # Motion _____ ☐ granted ☐ denied ☐ advisement
... # Motion _____ ☐ granted ☐ denied ☐ advisement
... # Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm...**Deft** Oral Motion **Rule 50 motion** ☐ granted ☑ denied ☐ advisement
oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☑ Plaintiff(s) rests ☑ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☑ Court's Charge to the Jury
All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
Jury commences deliberations at **2:47**
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☑ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

- [ ] Court declares MISTRIAL
- [x] Verdict Form filed
- [x] VERDICT: in favor of The defendant, Lance Coughlin

- [x] Court accepts verdict and orders verdict verified and recorded
- [x] Jury polled

## MISCELLANEOUS PROCEEDINGS

# Jury List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV1026 (SI**

Date: 3/11/04
Time: 3:50 PM

Date 4/13/04

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100104815 | BONGIOVANNI, NANCY A | Juror | *[signature] Nancy Bongiovanni* |
| 2 | 100095756 | CIAMBRIELLO, STACEY | Juror | *[signature] Stacey Ciambriello* |
| 3 | 100081356 | COYNE, EARL | Juror | *[signature] Earl Coyne* |
| 4 | 100111997 | JONES, MIRIAM A | Juror | *[signature] Miriam Jones* |
| 5 | 100089477 | MEYERS, STEPHANIE M | Juror | *[signature] Stephanie Meyers* |
| 6 | 100083517 | PETER, DOMINICK A | Juror | *[signature]* |
| 7 | 100098954 | SANFORD, DIANE A | Juror | *[signature]* |
| 8 | 100101657 | SCHWARTZ, DOUGLAS I | Juror | *[signature]* |
| 9 | 100098146 | SGAMMATO, RAFEL A | Juror | *[signature] Rafel Sgammato* |