UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY ANAMASI,
    Plaintiff,

v.      No. 3:00 CV 1026 (SRU)

LANCE COUGHLIN,
    Defendant.

**VERDICT FORM**

We, the jury, unanimously find as follows:

1. Did the plaintiff prove, by a preponderance of the evidence, that the defendant violated section 1983 by:

    A. Arresting him without probable cause?

    Yes _____      No ✓

    B. Using excessive force during the arrest?

    Yes _____      No ✓

    *If your answer to either part of question 1 is yes, please proceed to question 2. Otherwise sign and date the form.*

2. Has the plaintiff proven, by a preponderance of the evidence, that he is entitled to compensatory damages?

    A. If so, what amount of compensatory damages do you award him?

    $ _____

    B. If not, what amount of nominal damages do you award him?

    $ _____

    *Please proceed to question 3.*

3.  Keeping in mind the instruction on punitive damages, does the defendant's conduct warrant an award of punitive damages?

    Yes _____          No _____

    If yes, what amount of punitive damages do you award?

    $ _____

*Please sign and date this verdict form.*

_____          4/13/2004
Foreperson                                Date