Witness List

# United States District Court

DISTRICT OF Connecticut

Anamasi
v.
Coughlin et al

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00CV1026 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S.R. Underhill | K. Doyle | H. Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/12/04 | S. Catucci | B. Sbaldi / A. Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| ✓ | | 4-12-04 | | | Alex Grampovitis | Trumbull, CT |
| ✓ | | " | | | Fritz Shulick | New Haven, CT |
| ✓ | ✓ | " | | | Lance Coughlin, EHPD | East Haven, CT |
| ✓ | | " | | | Frank Antollino | Branford, CT |
| | | 4-13-04 | | | Anthony Anamasi | New Haven, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages