Defendants Exhibits

United States District Court

FILED AT BRIDG...
April 13, 2004
Kevin F. Rowe, Clerk
A. Montz
Deputy Clerk

DISTRICT OF Connecticut

Anamasi
v.
Coughlin et al

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00CV1026

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| S. R. Underhill | C. Doyle | H. Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/12/04 | S. Catucci | B. Sbalbi / A. Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | H/5 | 4/12/04 | ✓ | ✓ | Mug shot ) Received 4/13/04 |
|  | 6 | 4/13/04 |  | ✓ | Copy of Statute  (Nicole Fournier) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages