United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

*April 13*, 2004

Kevin F. Rowe, Clerk

By

Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY ANAMASI                    :

V.                                 :

                                   :    NO. 3:00CV1026 (SRU)

LANCE COUGHLIN and                 :
TOWN OF EAST HAVEN                 :    MAY 9, 2003

*FILED 2003 MAY 21 P 2: 25 U.S. DISTRICT COURT BRIDGEPORT CT*

## PLAINTIFF'S LIST OF EXHIBITS

*Full   4-12-04*   1. Promise to Appear

2. Article in East Haven Advertiser, 6/14/97

*Full   4/12/04*   3. Defendant Coughlin's police report

4. Yale-New Haven Hospital records

*Full   4-13-04*   5.-11.  Photographs of plaintiff

12. Plaintiff's lost-wage records

13. East Haven Police Department records (awaiting)

14. Ansonia Police Department records (awaiting)

15. New Haven Police Department records (awaiting)

*4-13-04*