# United States District Court

DISTRICT OF

Anamasi
v.
Coughlin, et al

Court EXHIBIT ~~AND WITNESS~~ LIST

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
April 13, 2004
Kevin F. Rowe, Clerk
By A. Montz

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | K. Doyle | H. Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-12-04 | S. Catucci | A. Montz |

CASE NUMBER: 3:00cv1026 (SRU)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court Ex. 1 | | 4-12-04 | | | Jury Charge |
| 2 | | | | | Verdict Form |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages