FILED

2004 APR 14  P 3:57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY ANAMASI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 3:00cv1026(SRU) |
| LANCE COUGHLIN | : |
| Defendant. | : |

## ORDER

In light of the jury verdict in favor of defendant Coughlin and pursuant to Fed. R. Civ. P. 50(a)(1), the claims against the Town of East Haven are hereby dismissed. In claims against both an individual police officer and his municipal employer under 42 U.S.C. § 1983 and Monell v. Department of Social Servs., 436 U.S. 658 (1978), absent a finding of qualified immunity, a jury determination that the officer did not violate the plaintiff's constitutional rights "obviate[s] the necessity of a trial" against the municipality. Daniels v. Loizzo, 178 F.R.D. 46, 48 (S.D.N.Y. 1998).

It is so ordered.

Dated this 14th day of April, 2004, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge