UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

ANTHONY ANAMASI

2004 APR 20  A 8: 23

v

3:00 CV 1026 (SRU)

U.S. DISTRICT COURT
BRIDGEPORT. CONN

LANCE COUGHLIN
TOWN OF EAST HAVEN

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge.   On April 13, 2004, after deliberation, the jury returned a verdict in favor of the defendant, Lance Coughlin.  On April 14, 2004 an Order entered dismissing the defendant, Town of East Haven.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant, Lance Coughlin against the plaintiff Anthony Anamasi and the case is closed..

Dated at  Bridgeport, Connecticut, this 19th day of April, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____