UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY ANAMASI | : | |
| VS. | : | 3:00CV01026(SRU) |
| LANCE COUGHLIN, ET AL | : | JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint. In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

      Respectfully submitted,

      /s/ Christy H. Doyle
      Christy H. Doyle
      65 Wethersfield Ave
      Hartford, CT 06114
      860-249-1361
      FAX: 860-249-7665
      Federal Bar No. ct23458
      His Attorney

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Nicole M. Fournier
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506

                                                _____
                                                Christy H. Doyle